**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION**

| | |
|---|---|
| EAST SHORE SOUTH, LLC, | C/A No. _____ |
| Plaintiff, | |
| v. | **PLAINTIFF'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |
| OCONEE COUNTY, SOUTH CAROLINA, | |
| Defendant. | |

Plaintiff, East Shore South, LLC (hereinafter "East Shore South"), hereby submits the following answers to the Court's Interrogatories pursuant to Rule 26.01 of the Local Civil Rules of the United States District Court for the District of South Carolina.

A.     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:     East Shore South is not currently aware of any subrogation claims that would relate to this matter.**

B.     As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:     East Shore South requests a jury trial on all claims so triable.**

C.     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly-owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:     East Shore South does not have a parent, subsidiary, partner, or affiliate that is a publicly held company. Additionally, there are no publicly held companies which own ten percent or more of the outstanding shares or other indicia of ownership of East Shore South.  Lastly, East Shore South does not own ten percent or more of the outstanding share of any other publicly owned company.**

D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** **East Shore South filed this matter in the Anderson Division of the United States District Court for the District of South Carolina based on federal question jurisdiction based upon multiple claims that arise under federal law, including the Fair Housing Act (42 U.S.C. §§ 3604, 3617 *et seq.*), 42 U.S.C. § 1983, the Fifth and Fourteenth Amendments to the United States Constitution, and the Commerce Clause. Additionally, the facts and circumstances giving rise to the instant action revolve around real property situated in Oconee County, which is located within the Anderson Division.**

E.     Is this action related in whole or in part to any other matter filed in this District? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if head by different judges.

**ANSWER:** **This action is not related in whole or in part to any other matter filed in this District.**

F.     If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **Not applicable.**

G.     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** **Plaintiff contends that Defendant is liable to East Shore South as described in the Complaint. At this time, Plaintiff makes no contention of liability on the part of any third party, but reserves the right to amend this answer as this matter progresses.**

H.     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name--and identify the citizenship of--every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:** **Not applicable, as jurisdiction of this action is based on federal question.**

2

Respectfully submitted,

*s/John T. Lay, Jr.*
John T. Lay, Jr. (Fed ID 5539)
Ronald G. Tate (Fed ID 4021)
Dylan R. Glick (Fed ID 13618)
Gallivan, White & Boyd, P.A.
PO Box 7368
Columbia, SC 29202-7368
jlay@gwblawfirm.com
rtate@gwblawfirm.com
dglick@gwblawfirm.com
Phone: (803) 779-1833

***Attorneys for Plaintiff***

Dated: June 10, 2026